```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SHERRILL A. CARVALHO
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,      ) ORDER RE: NOTICE OF RELATED
                                   ) CASES
13              Plaintiff,         )
                                   ) Case No. 1:07-cr-00042 AWI
14         v.                      )
                                   )
15  GREG BARZAN,                   )
                                   )
16              Defendant.         )
                                   )
17  UNITED STATES OF AMERICA,      )  Case No. 1:07-cr-00043 AWI
                                   )
18              Plaintiff,         )
                                   )
19         v.                      )
                                   )
20  RICK BARZAN,                   )
                                   )
21              Defendant.         )
                                   )
22  UNITED STATES OF AMERICA,      )  Case No. 1:07-cr-00044 OWW
                                   )
23              Plaintiff,         )
                                   )
24         v.                      )
                                   )
25  JOHN BARZAN,                   )
                                   )
26              Defendant.         )
                                   )
27
28
```

FILED FEB 13 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

LODGED FEB 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

1  IT IS HEREBY ORDERED that the case 1:07-cr-00044 OWW be
2  joined with case numbers 1:07-cr-00042 AWI and 1:07-cr-00043 AWI
3  as they are all related as the charges arise out of the same
4  facts and circumstances underlying the current charges pending
5  against the defendants before Judge Ishii.
6  Dated: February 9, 2007

                                    _____
                                    Honorable Anthony W. Ishii
                                    United States District Judge