```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SHERRILL A. CARVALHO
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    ) ORDER RE: NOTICE OF RELATED
                                 ) CASES
13          Plaintiff,           )
                                 ) Case No. 1:07-cr-00042 AWI
14          v.                   )
                                 )
15  GREG BARZAN,                 )
                                 )
16          Defendant.           )
                                 )
17  UNITED STATES OF AMERICA,    ) Case No. 1:07-cr-00043 AWI
                                 )
18          Plaintiff,           )
                                 )
19          v.                   )
                                 )
20  RICK BARZAN,                 )
                                 )
21          Defendant.           )
                                 )
22  UNITED STATES OF AMERICA,    ) Case No. 1:07-cr-00044 LJO
                                 )
23          Plaintiff,           )
                                 )
24          v.                   )
                                 )
25  JOHN BARZAN,                 )
                                 )
26          Defendant.           )
                                 )
27
28
```

FILED
FEB 2 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

LODGED
FEB 2 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

1  IT IS HEREBY ORDERED that the case 1:07-cr-00044 LJO be
2  joined with case numbers 1:07-cr-00042 AWI and 1:07-cr-00043 AWI
3  as they are all related as the charges arise out of the same
4  facts and circumstances underlying the current charges pending
5  against the defendants before Judge Ishii.
6  Dated: February 26, 2007

          Honorable Anthony W. Ishii
          United States District Judge