1  WILLIAM J. PORTANOVA, SBN 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900

4  Attorney for Greg Barzan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:07-cr-00042 AWI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| GREG BARZAN, | ) | |
| Defendant. | ) | |

With the Court's permission, the defendant Greg Barzan and the United States of America, by and through their undersigned attorneys, stipulate that the defendant's surrender date may be continued from July 5, 2007 at 2:00 p.m. to July 19. 2007 at 2:00 p.m. This continuance is requested do the fact that the United States Bureau of Prisons has not yet designated a facility for defendant;

//
//
//
//
//
//
//

1  Accordingly, it is respectfully requested that the surrender date for Greg Barzan be
2  continued to July 19, 2007 at 2:00 p.m.

**SO STIPULATED.**

DATED:  July 3, 2007                  /s/ William J. Portanova
                                      WILLIAM J. PORTANOVA
                                      Attorney for Greg Barzan

                                       /s/ SherrillCarvalho
                                      SHERRILL CARVALHO
                                      Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:**  **July 3, 2007**         /s/ **Anthony W. Ishii**
                                      UNITED STATES DISTRICT JUDGE